IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-659 |
| MARQUIS TALTOAN | : | |

## ORDER

AND NOW, this 27 day of November, 2017, upon consideration of the Government's Motion to Dismiss Information, it is hereby

ORDERED

that the Indictment captioned in Criminal Number 14-659 as to defendant Marquis Taltoan is DISMISSED WITHOUT PREJUDICE solely for the reason that his mental condition prevents him from understanding the nature and consequences of the proceedings against him or to assist properly in his own defense, and there is no reasonable expectation that defendant will be competent to stand trial in the foreseeable future.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

HONORABLE TIMOTHY R. RICE
*Magistrate Judge, United States District Court*